UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MINISTER RA MAA NU AMEN BEY,
and MICHELLE JOSEPH
      Plaintiffs,

v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, et al.,
      Defendants.

CIVIL NO. 2:13-cv-0506(NLH)

ORDER

**HILLMAN**, District Judge

For the reasons set forth in the accompanying Opinion, defendants' motion to dismiss [12] pursuant to Federal Rule of Civil Procedure 12(b)(1) is GRANTED, and this case is DISMISSED.

The Clerk of Court is directed to CLOSE this matter.

                                 s/Noel L. Hillman
                                 NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey